1048

[No. 76039-4-I.   Division One.   January 23, 2017.]

*In the Matter of the Marriage of* SANDRA RAMIREZ, *Respondent*, and TOMAS RAMIREZ PENALOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-3-00123-3, Richard L. Brosey, J., entered November 13, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Spearman, JJ.

[Nos. 46094-7-II; 47074-8-II.   Division Two.   January 24, 2017.]

JOHN J. HADALLER, *Appellant*, v. DAVID A. LOWE ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Lewis County, No. 09-2-00934-0, Richard L. Brosey, J., entered February 28, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 47491-3-II.   Division Two.   January 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN NICHOLAS WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00056-2, F. Mark McCauley, J., entered April 20, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 47593-6-II.   Division Two.   January 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS SOLIS-VAZQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-01468-3, Michael H. Evans, J., entered May 5, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.